```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 07504
   ERNEST K DAVIS
   PHADRA N LAWSON                                CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8456      SSN XXX-XX-1219


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 04/26/07 .

    2.   The case was dismissed without confirmation, 09/14/2007.

    3.   The Debtor paid a total of $    478.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE ACCEPTANCE | SECURED VEHIC | .00 | .00 | 48.16 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 417.41 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| ARM PROFESSIONAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CCS INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CASSEL LP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PLATINUM CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 465.57 | .00 | .00 | .00 | 465.57 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 465.57 | .00 | .00 | .00 | 465.57 |

The Debtor's attorney, LEGAL HELPERS PC        , was allowed $   3000.00 and was paid $     800.00  direct and $       .00   through the plan.

The Trustee received $     12.43 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/19/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 07504 ERNEST K DAVIS & PHADRA N LAWSON